# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2669
_____

ADAM GWARA,

Appellant,

v.

NICOLE SARDINA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
Gary L. Wilkinson, Judge.

November 30, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Adam Gwara, pro se, Appellant.

Geraldine C. Hartin, Fleming Island, for Appellee.